IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-789-AP
_____

BRIAN L. MEDINA,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

**For Plaintiff**:

Michael W. Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
seckarlaw@mindspring.com

**For Defendant:**

WILLIAM J. LEONE
United States Attorney

TROY A. EID
Assistant United States Attorney
By:    **s/Thomas H. Kraus**
        Thomas H. Kraus
        Assistant United States Attorney
        1225 Seventeenth Street, Ste 700
        Denver, CO 80202
        (303) 844-0017

tom.kraus@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

    A. **Date Complaint Was Filed: <u>4/17/08.</u>**
    B. **Date Complaint Was Served on U.S. Attorney's Office: <u>5/28/08</u>.**
    C. **Date Answer and Administrative Record Were Filed: <u>7/21/08.</u>**

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**The partes, to the best of their knowledge, state that the administrative record is complete and accurate.**

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Neither party intends to submit additional evidence.**

6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.**

7. OTHER MATTERS

**The parties have no other matters to bring to the attention of the court.**

8. BRIEFING SCHEDULE

**Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:**

    A.    **Plaintiff's Opening Brief Due:   <u>September 19, 2008</u>**
    B.    **Defendant's Response Brief Due:   <u>November 17, 2008.</u>**
    C.    **Plaintiff's Reply Brief (If Any) Due:  <u>December 3, 2008.</u>**

9. STATEMENTS REGARDING ORAL ARGUMENT

A. **Plaintiff's Statement:**
   **Plaintiff does not request oral argument.**
B. **Defendant's Statement:**
   **Defendant does not request oral argument.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
*Indicate below the parties' consent choice.*

A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B. ( X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 18th day of August, 2008.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

**APPROVED:**

**For Plaintiff:**

| | |
|---|---|
| **s/Michael W. Seckar** | WILLIAM J. LEONE |
| Michael W.Seckar, Esq. | United States Attorney |
| 402 W. 12th Street | |
| Pueblo, CO 81003 | TROY A. EID |
| 719-543-8636 | Assistant United States Attorney |
| seckarlaw@mindspring.com | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado 80202 |
| | (303) 454-0100 |
| | (303) 454-0404 (facsimile) |
| | |
| | **s/Thomas H. Kraus** |
| | By:  Thomas H. Kraus |
| | Assistant United States Attorney |
| | 1225 Seventeenth Street, Ste 700 |
| | Denver, CO 80202 |
| | (303) 844-0017 |
| | tom.kraus@ssa.go |

**For Defendant:**