IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00789-PAB

BRIAN L. MEDINA,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

**ORDER APPROVING MOTION FOR ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

---

    This matter is before the Court on the Stipulated Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 [Docket No. 22]. The Court has reviewed the pleading and is fully advised in the premises. It is

    ORDERED that the Motion for Award of Attorney's Fees [Docket No. 22] is granted, and defendant is ordered to pay the amount of $4,500.00 to plaintiff for attorney fees under the Equal Access to Justice Act ("EAJA"). It is further

    ORDERED that the EAJA attorney fee award shall be made payable to plaintiff and mailed to plaintiff's attorney pursuant to *Manning v. Astrue*, 510 F.3d 1246, 1251 (10th Cir. 2007).

    DATED October 30, 2009.

                                                      BY THE COURT:

                                                    s/Philip A. Brimmer
                                                    PHILIP A. BRIMMER
                                                    United States District Judge